# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-3850

_____

ZACHARIAH STRICKLAND,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Okaloosa County.
Michael A. Flowers, Judge.

May 18, 2018

PER CURIAM.

We affirm appellant's convictions and sentences in this *Anders*[1] appeal, but remand for correction of the judgment to reflect that, in case number 16-CF-2598, count 4 is a first-degree felony. *See* § 893.135(1)(f)1.a., Fla. Stat. (2016). In case number 17-CF-501, counts 2 through 6 are third-degree felonies. *See* § 893.13(6)(a), Fla. Stat. (2017). *See King v. State*, 201 So. 3d 206, (Fla. 1st DCA 2016) (affirming an *Anders* appeal but remanding for correction of scrivener's errors in the written judgment); *Washington v. State*, 37 So. 3d 376 (Fla. 1st DCA 2010) (same).

_____

[1] *Anders v. California*, 386 U.S. 738 (1967).

AFFIRMED.

RAY, BILBREY, and WINOKUR, JJ., concur.

—————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

—————————————————

Andy Thomas, Public Defender, and Steven L. Seliger, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.